# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ALEXANDER LEBRON-RIVERA

**WARRANT FOR ARREST**

Case Number: 08-M-3021

*FILED APR 24 2008 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ALEXANDER LEBRON-RIVERA**
                                                    NAME

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

*U.S. MARSHALS SERVICE CENTRAL ILLINOIS APR 22 P 4:46 RECEIVED*

charging him or her with (brief description of offense)

Transfer of Stolen Identification Documents

in violation of Title 18 United States Code, Section 1028(a)(2).

Byron G. Cudmore
Name of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

BAIL FIXED AT $ **NO BAIL**    by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

April 21, 2008    at    Springfield, Illinois
Date and Location

Byron G. Cudmore
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at *Beardstown*

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 04/22/08 | Jon Brooks | *[signature]* |
| Date of Arrest | Title of Arresting Officer | |
| 04/21/08 | USSS | |