

```
                                                               E-FILED
                                           Wednesday, 07 May, 2008  07:01:52 PM
                                                  Clerk, U.S. District Court, ILCD
```

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Criminal No. 08-30038 |
|  | ) Violation: 18 U.S.C. §1028(a)(2) |
| ALEXANDER LEBRON-RIVERA, | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about April 18, 2008 in Beardstown, Illinois, in Cass County, within the Central District of Illinois, the defendant,

**ALEXANDER LEBRON-RIVERA,**

knowingly transferred United States identification documents, to wit: three Social Security cards with social security numbers; and knowingly transferred in and affecting interstate commerce identification documents issued by a State or political subdivision of a State, to wit: three birth certificates which had been issued outside the State of Illinois, knowing that such identification documents were stolen.

All in violation of Title 18 United States Code, Section 1028(a)(2).

A TRUE BILL

s/ Foreperson

FOREPERSON

Jeffrey B. Lang

RODGER A. HEATON
UNITED STATES ATTORNEY

pjc