IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 08-cr-30038 |
| | ) | Hon. Jeanne E. Scott |
| v. | ) | United States District Judge, |
| | ) | Presiding |
| ALEXANDER LEBRON-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FIRST MOTION TO CONTINUE**

NOW COMES the Defendant, ALEXANDER LEBRON-RIVERA, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial settings in this cause for a period of not less than 60 days. In support thereof, the Defendant states as follows:

1.   This case is scheduled for a final pre-trial conference on Monday, June 30, 2008, at 9:00 a.m., and for jury trial on Tuesday, July 1, 2008, at 9:00 a.m.

2.   The Defendant is not in custody.

3.   Defense counsel has met with the Defendant twice in person, most recently on April 30, 2008.

4.   The Government, on June 3, 2008, tendered a proposed written plea agreement. Undersigned counsel plans to schedule a meeting with the Defendant at his office in order to review and discuss the proposed plea agreement. This meeting will necessitate the scheduling and assistance of a Spanish interpreter since

the Defendant speaks very broken English.  Undersigned counsel is required to get pre-authorization before he may retain an interpreter.  Authorization generally requires 10-14 days.

5.    The United States of America by Assistant United States Attorney Patrick J. Chesley has no objection to this Motion.

6.    This Motion is not made for the purpose of delay.  Rather, the Motion is made in the interests of justice for the reasons stated herein.

WHEREFORE, the defendant, ALEXANDER LEBRON-RIVERA, prays this Honorable Court to continue the scheduled final pre-trial and jury trial settings in this cause for a period of not less than 60 days.

    Respectfully submitted,
    ALEXANDER LEBRON-RIVERA, Defendant,

    RICHARD H. PARSONS,
    Chief Federal Public Defender,

By:  s/ Robert J. Scherschligt
    Robert J. Scherschligt
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: robert_scherschligt@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Patrick J. Chesley
Assistant United States Attorney
Office of the United States Attorney
318 S. Sixth Street
Springfield, Illinois 62701

                              By:   s/ Robert J. Scherschligt
                                   Robert J. Scherschligt
                                   Assistant Federal Defender
                                   600 East Adams Street, 2nd Floor
                                   Springfield, Illinois  62701
                                   Telephone: (217) 492-5070
                                   Fax: (217) 492-5077
                                   E-mail: robert_scherschligt@fd.org