IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30038 |
| | ) | Hon. Jeanne E. Scott |
| v. | ) | United States District Judge, |
| | ) | Presiding |
| ALEXANDER LEBRON-RIVERA, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO VACATE FINAL PRETRIAL CONFERENCE
### AND SCHEDULE FOR CHANGE OF PLEA HEARING

NOW COMES the Defendant, ALEXANDER LEBRON-RIVERA, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to vacate the final pre-trial conference, and schedule this cause for a change of plea hearing at the next available opportunity. In support thereof, the Defendant states as follows:

1.  This cause is scheduled for a final pre-trial conference on Monday, August 25, 2008, at 9:00 a.m., and for jury trial on Tuesday, September 9, 2008, at 9:00 a.m.

2.  The Defendant is free on pretrial release.

3.  Undersigned counsel has reviewed the discovery materials with the Defendant and has discussed, among other things, the following with him: the facts of his case; the elements of the offense; the statutory penalties; the United

States Sentencing Guidelines as they relate to his case; his Constitutional and statutory rights; and any and all potential defenses to the charges.

4. The parties have entered into a written plea agreement.

5. Undersigned counsel met with the Defendant this afternoon at his Office, at which time the Defendant instructed counsel to schedule this cause for a change of plea hearing; the Defendant wishes to plead guilty pursuant to the terms and conditions of the written plea agreement.

6. The Defendant consents to United States Magistrate Judge jurisdiction for the change of plea hearing.

7. The United States of America by Assistant United States Attorney Patrick J. Chesley has no objection to setting this cause for a change of plea hearing before the United States Magistrate Judge.

WHEREFORE, the Defendant, ALEXANDER LEBRON-RIVERA, prays this Honorable Court to schedule this cause for a change of plea hearing at the next available date.

Respectfully submitted,

ALEXANDER LEBRON-RIVERA,
Defendant,

By:   s/ Robert J. Scherschligt
Robert J. Scherschligt,
Illinois Bar Registration No. 6216807
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077

E-mail: robert_scherschligt@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Patrick J. Chesley
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, Illinois 62701

By:   s/ Robert J. Scherschligt
     Robert J. Scherschligt
     Illinois Bar Registration No. 6216807
     Assistant Federal Defender
     600 East Adams Street, 2nd Floor
     Springfield, Illinois  62701
     Telephone: (217) 492-5070
     Fax: (217) 492-5077
     E-mail: robert_scherschligt@fd.org